**ROOSEVELT BANK, Respondent,**

v.

**Larry D. LUMLEY and Karen A. Lumley, Appellants.**

No. 69332.

Missouri Court of Appeals, Eastern District, Division One.

Aug. 20, 1996.

Appellants pro se.

Gregory F. Hoffmann, Millar, Schaefer, Hoffmann & Robertson, St. Louis, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellants, Larry D. Lumley and Karen A. Lumley, appeal the judgment sustaining respondent's, Roosevelt Bank's, motion for

summary judgment on its action to recover the balance due on two promissory notes. We affirm.

We have reviewed the briefs of the parties and the legal file and find no error. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).